ORIGINAL

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 28 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
2007 AUG 27 PM 3:08
CLERK U.S. DISTRICT
CENTRAL DIST. OF CAL.
SANTA ANA

1  HEIDI L. KEEFE (SBN: 178960)
   Email: hkeefe@whitecase.com
2  MARK WEINSTEIN (SBN: 193043)
3  Email: mweinstein@whitecase.com
   SAM O'ROURKE (SBN: 205233)
4  Email: sorourke@whitecase.com
5  WHITE & CASE LLP
   3000 El Camino Real
6  5 Palo Alto Square, 9th Floor
   Palo Alto, CA 94306
7  Telephone: 650/213-0300
8  Facsimile: 650/213-8158

9  Attorneys for Plaintiff
10 Oplink Communications, Inc.

Priority ___X___
Send ___X___
Enter _____
Closed _____
JS-5/JS-6 ___X___
JS-2/JS-3 _____
Scan Only_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**NOTE CHANGES MADE BY COURT**

| | |
|---|---|
| OPLINK COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> O-NET COMMUNICATIONS (SHENZHEN) LIMITED; MULTIWAVE DIGITAL SOLUTIONS, INC.; and CHUNMENG WU, an individual, <br><br> Defendants. | Case No. SACV 07-673 AHS (MLGx) <br><br> STIPULATION TRANSFERRING ACTION TO THE NORTHERN DISTRICT OF CALIFORNIA AND [PROPOSED] ORDER THEREON |

DOCKETED ON CM
AUG 29 2007
BY ___ 178

PALOALTO 82422 v1 (2K)

STIPULATION RE TRANSFER TO N.D. CAL.
CASE NO. SACV 07-673 AHS (MLGx)

10

WHEREAS on June 7, 2007, plaintiff Oplink Communications, Inc. ("Oplink") filed its Complaint in this action ("Central District Action");

WHEREAS on August 1, 2007, Multiwave Digital Solutions, Inc. and O-Net Communications (Shenzhen) Limited filed a separate declaratory judgment suit against Oplink in the Northern District of California, Case No. 07-CV-03964 MJJ ("Northern District Action");

WHEREAS Oplink filed a First Amended Complaint in the Central District Action against O-Net Communications (Shenzhen) Limited, Multiwave Digital Solutions, Inc. and Chunmeng Wu, removing certain other defendants previously named;

WHEREAS the First Amended Complaint in the Central District Action and the Northern District Action involve substantially similar parties and issues;

WHEREAS defendants named in the original Central District Action indicated that they intended to file a motion challenging venue and jurisdiction;

WHEREAS the parties have met and conferred and have agreed to the Northern District of California as an appropriate venue for this dispute;

WHEREAS O-Net Communications (Shenzhen) Limited, Multiwave Digital Solutions, Inc. and Chunmeng Wu have consented, and hereby consent, to personal jurisdiction in the Northern District of California;

WHEREAS O-Net Communications (Shenzhen) Limited and Multiwave Digital Solutions, Inc. have agreed to dismiss the Northern District Action subsequent to the transfer of this action to the Northern District of California;

NOW THEREFORE, the parties to the above-entitled action, by and through their attorneys of record, hereby stipulate, and request that the Court order that this action be transferred to the Northern District of California.

Date: August 24, 2007               WHITE & CASE LLP

                                    By: _____
                                        Heidi L. Keefe
                                        Attorneys for Plaintiff

Date: August 27, 2007               FENWICK & WEST LLP

                                    By: _____
                                        Heather Mewes
                                        Attorneys for Defendants

**ORDER**

Pursuant to the stipulation of the parties,
IT IS HEREBY ORDERED that this action be TRANSFERRED to the United States District Court for the Northern District of California, Case # CV07-3964-MJJ.

Dated: AUG 28 2007

                                    _____
                                    The Honorable Alicemarie H. Stotler
                                    **CHIEF** United States District Judge

# NOTICE PARTY SERVICE LIST

Case No. SACV 07-673-AHS (MLGx)
ND: CV07-3964-MJJ    Case Title: Oplink Communications v. ONet Communications

Title of Document: S/O Transferring Action to Northern District of CA

| | | | |
|---|---|---|---|
| | Atty Sttlmnt Officer Panel Coordinator | | Statistics Clerk |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division -L.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Civil Division - S.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -L.A. |
| | CA St Pub Defender (Calif. State PD) | | US Attorneys Office - Criminal Division -S.A. |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | US Bankruptcy Court |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service - Los Angeles (USMLA) |
| | | | US Marshal Service - Riverside (USMED) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | US Marshal Service -Santa Ana (USMSA) |
| | Chief Deputy Admin | | US Probation Office (USPO) |
| | Chief Deputy Ops | | US Trustee's Office |
| | Clerk of Court | | Warden, San Quentin State Prison, CA |
| | Death Penalty H/C (Law Clerks) | | |
| | Dep In Chg E Div | | |
| | Dep In Chg So Div | | |
| | Federal Public Defender | | |
| | Fiscal Section | | |
| | Intake Section, Criminal LA | | |
| | Intake Section, Criminal SA | | |
| | Intake Supervisor, Civil | | |
| | Interpreter Section | | |
| | PIA Clerk - Los Angeles (PIALA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| | PIA Clerk - Santa Ana (PIASA) | | |
| | PSA - Los Angeles (PSALA) | | |
| | PSA - Riverside (PSAED) | | |
| | PSA - Santa Ana (PSASA) | | |
| | Schnack, Randall (CJA Supervising Attorney) | | |

X **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided)

Name: Clerk's Office U.S.D.C.
Firm: Northern District of CA
Address (*include suite or floor*):
450 Golden Gate Ave
San Francisco, CA 94102
*E-mail:
*Fax No.:
* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk _____

G-75 (01/06)        NOTICE PARTY SERVICE LIST